1  Lawrence J. Gornick (SBN 136290)
2  Emily Charley (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Tel: (415) 646-7160
   Fax: (415) 981-1270
5

6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10 PATRICIA GLACE,                    )    No. C 06 0248 EDL
11                                    )
                  Plaintiff,          )    Before the Honorable ELIZABETH D.
12                                    )    LAPORTE
   vs.                               )
13                                    )    **[PROPOSED] ORDER VACATING
                                      )    AND/OR CONTINUING CASE**
14 ELI LILLY AND COMPANY,            )    **MANAGEMENT CONFERENCE**
15                                    )
                  Defendant.          )    Conference Date:   APRIL 18, 2006
16                                    )    Conference Time:   10:00 a.m.
                                           Location:          Courtroom E, 15TH Fl.
17        For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

18 hereby continues the APRIL 18, 2006 Case Management Conference ("CMC") to

19 _____August 22, 2006_____, at ___10:00 a.m.___ In the event the case is not transferred to the Honorable

20 Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*

21 *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC

22 Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

23

24        **IT IS SO ORDERED**

25

26        DATED: April 10, 2006

27                                          _____
                                            HONORABLE ELIZABETH D. LAPORTE
28                                          United States District Court Judge

_____
         [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE